# **LAW OFFICES OF ALLA KACHAN, P.C.**
# **2799 CONEY ISLAND AVENUE, SUITE 202**
# **BROOKLYN, NEW YORK 11235**
# **TELEPHONE (718) 513-3145**
# **FACSIMILE   (347) 342-3156**
# **E MAIL alla@kachanlaw.com**

October 25, 2021

**Honorable Judge Elizabeth S. Stong**
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

**Debtor:** Aleksandr Mogulyan
**Case No.:** 1-21-41474-ess
**Chapter:** 7
**Property Address:** 102 Wright Street
Staten Island, NY 10304

Dear Honorable Elizabeth S. Stong,

This Law Office represents Aleksandr Mogulyan ("the Debtor").  On September 10, 2021 our Office submitted a Mortgage modification package to Statebridge Company LLC ("the Bank") for review. On September 14, 2021 the Bank offered a Mortgage Modification trial to the Debtor. The Debtor accepted the Modification trial terms and began making trial payments.

Should the Court or any party have any questions, do not hesitate to contact me.

Regards,

Alla Kachan, Esq.